## G. H. & S. A. R'y Co. v. H. M. EHRENWORTH.

### (No. 1031, Op. Book No. 2, p. 373.)

APPEAL from Colorado County.    Opinion by WINK-
LER, J.

§ 786. *Statute of frauds; when promise to pay debt of
another is not within the.*    It is well settled that if one,
for a sufficient consideration, undertakes to pay a debt
due to another by a third party, such an undertaking is
not within the statute of frauds.    [Thomas v. Hammond,
47 Tex. 42; Monroe v. Buchanan, 27 Tex. 241; Rollison
v. Hope, 18 Tex. 446.]    In this case, one Turnbrough was
indebted to appellee.    Turnbrough turned over to appel-
lant wood and monies due him by appellant, and in con-
sideration thereof appellant agreed to pay certain debts
owing by Turnbrough, of which appellee's debt was one.
This agreement between Turnbrough and appellant was
made known to appellee, and agreed to by him, and he re-
leased Turnbrough from the debt, and looked to appellant
for its payment.    This suit was against appellant to re-
cover the debt, and in the court below appellee recovered
judgment for the debt, and the court of appeals held
that the undertaking of appellant was not within the
statute of frauds, and that there was no error in the
judgment.

March 12, 1881.                              Affirmed.